

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-13-00153-CV

| | | |
|---|---|---|
| Allen Maki | § | From the 231st District Court |
| | § | of Tarrant County (231-524370-12) |
| v. | § | August 7, 2014 |
| Beverly Anderson and Mark C. Lane | § | Opinion by Justice Meier |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Allen Maki shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
　　　Justice Bill Meier